# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JOHN RICHARD

NO. 2025 KW 0849

**NOVEMBER 17, 2025**

---

In Re:    John Richard, applying for supervisory writs, 17th Judicial District Court, Parish of Lafourche, No. 599616.

---

**BEFORE:    MILLER, EDWARDS, AND FIELDS, JJ.**

**WRIT GRANTED.** The district court is ordered to act on relator's application for postconviction relief, filed September 25, 2024, on or before January 20, 2026, if it has not already done so. A copy of the district court's action shall be filed in this court on or before January 27, 2026.

**SMM**
**BDE**
**WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT